AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

SEP - 3 2016

David J. Bradley, Clerk

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Mario Humberto Mejia-Lopez

## CRIMINAL COMPLAINT

Case Number: M-16-1641-M

IAE YOB: 1978
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 2, 2016** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Mario Humberto Mejia-Lopez was encountered by Border Patrol Agents near Rio Grande City, Texas on September 2, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 2, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 2, 2015, through New Orleans, Louisiana. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 18, 2009 the defendant was convicted of Distribution Of Controlled Dangerous Drugs and was sentenced to twenty (20) years confinement eight (8) years suspended and five (5) year probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 03, 2016                    4:01 pm

Julio Pena                     Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer